**ZAITSU LAW**
LAW OFFICE OF ETAN ZAITSU
331 J Street, Suite 200, Sacramento, CA 95814
etan@zaitsulaw.com • (916) 542-0270

---

May 3, 2023

Casey Schultz, Courtroom Deputy to the
Honorable Kimberly J. Mueller
United States District Court, Eastern District of California
501 "I" Street
Sacramento, CA 95814

**Re:    United States v. Phillips; 2:19-cr-00081**
**Request to move sentencing from 5/8/23 to 6/26/23**

Dear Ms. Schultz,

Defendant Nancy Phillips, through counsel, requests to move her judgement and sentencing date from May 8, 2023 to June 26, 2023. Defendant further requests that the due date to file any Reply, Statement of Non-Opposition, and Sentencing Memo be extended to June 19, 2023

This extension is needed to prepare the sentencing memo in this case, but also because Ms. Phillips is still being evaluated and treated for her various medical conditions.  In particular, Ms. Phillips is scheduled for two important medical tests this month, the results of which should be known by early June, 2023. The continuance will provide the necessary time for her to complete her medical testing and evaluation. Medical records were previously provided to Probation. The government and Probation have been notified of this request are not opposed.

Respectfully submitted,


/s/ Etan Zaitsu
ETAN ZAITSU

Attorney for Defendant
NANCY PHILLIPS

1