# ZAITSU LAW
### LAW OFFICE OF ETAN ZAITSU
331 J Street, Suite 200, Sacramento, CA 95814
etan@zaitsulaw.com • (916) 542-0270

---

June 22, 2023

Casey Schultz, Courtroom Deputy to the
Honorable Kimberly J. Mueller
United States District Court, Eastern District of California
501 "I" Street
Sacramento, CA 95814

**Re:   United States v. Phillips; 2:19-cr-00081**
       **Request to move sentencing from 6/26/23 to 8/7/23**

Dear Ms. Schultz,

    Defendant Nancy Phillips, through counsel, requests to move her judgement and sentencing date from June 26, 2023 to August 7, 2023. Defendant further requests that the due date to file any Reply, Statement of Non-Opposition, and Sentencing Memo be extended to July 31, 2023

    This extension because Ms. Phillips is still being evaluated and treated for her various medical conditions.  In particular, Ms. Phillips is scheduled for two more medical tests, one in June and one in July of 2023, the results of which should be known by late July, 2023. The continuance will provide the necessary time for her to complete her medical testing and evaluation. The government and Probation have been notified of this request are not opposed.

Respectfully submitted,


/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
NANCY PHILLIPS