**ZAITSU LAW**
LAW OFFICE OF ETAN ZAITSU
331 J Street, Suite 200, Sacramento, CA 95814
etan@zaitsulaw.com • (916) 542-0270

---

July 27, 2023

Casey Schultz, Courtroom Deputy to the
Honorable Kimberly J. Mueller
United States District Court, Eastern District of California
501 "I" Street
Sacramento, CA 95814

**Re:     United States v. Phillips; 2:19-CR-00081**
         **Request to move sentencing from 8/7/23 to 9/25/23**

Dear Ms. Schultz,

  Defendant Nancy Phillips, through counsel, requests to move her judgement and sentencing date from August 7, 2023 to September 25, 2023. Defendant further requests that the due date to file any Reply, Statement of Non-Opposition, and Sentencing Memo be extended to September 18, 2023.

  Ms. Phillips continues to be treated and evaluated by medical professionals for her numerous ailments. Although most of her tests and evaluations have been completed, her neurological doctor has scheduled one more test on August 24, 2023, with a follow-up 1-2 weeks later to go over results. Her evaluation was previously scheduled for June but had to be rescheduled when Phillips learned that her medical insurance had been dropped. Fortunately, it was reinstated last week. The government and Probation have been notified of this request and are not opposed.

Respectfully submitted,


/s/ Etan Zaitsu
ETAN ZAITSU
Attorney for Defendant
NANCY PHILLIPS

1