**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**
**PRETRIAL SERVICES VIOLATION PETITION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Docket No. 2:19-CR-00081-KJM-3** |
| v. | **Federal Charges**: On February 13, 2023, Ms. Fuimaono entered a guilty plea to Count 13 of the Indictment – Distribution of Heroin. |
| **Katherine Fuimaono** | |

**COMES NOW,** Taifa M. Gaskins, Pretrial Services Officer of the Court, presenting an official report upon the conduct of Katherine Fuimaono, who was placed on bond by the Honorable Carolyn K. Delany, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on February 3, 2021, who imposed the following RELEVANT condition(s) of pretrial release which are at issue in this report:

**RELEVANT CONDITION(S):** 1) You must refrain from **any** use of alcohol and any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used. 2) You must participate in a program of medical or psychiatric treatment for drug and alcohol, as approved by the pretrial services officer. You must pay all or part of the cost of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

**ALLEGED VIOLATION CONDUCT:** On July 19, 2023, Ms. Fuimaono submitted a urine sample which yielded a presumptive positive result for amphetamine and cocaine metabolite. When the positive test results were addressed with the defendant, Ms. Fuimaono admitted to using alcohol and methamphetamine on July 17, 2023. The defendant denied knowingly using cocaine. The drug sample was tested by the National Laboratory and the sample was confirmed positive for cocaine, and negative for amphetamine/methamphetamine. As of the writing of this Petition, the results for alcohol have not yet been received.

In addition, Ms. Fuimaono has failed to report for several co-occurring counseling sessions as directed. This has been a persistent and ongoing issue since June of 2022, when the defendant was referred for counseling in the Eastern District of California.

**PRAYING THAT THE COURT WILL ORDER** a Pretrial Services violation hearing on August 3, 2023, at 2:00pm, before the Duty Magistrate Judge.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Taifa M. Gaskins
U.S. Pretrial Services Officer

Dated: August 1, 2023

**ORDER**

- ☐ The Court hereby orders a bench warrant be issued for the arrest of the defendant.
- ☐ The Court hereby orders this ex parte motion and order be sealed.
- ☐ The Court orders a summons be issued with an appearance date of
- ☒ The Court hereby orders this matter placed on the Duty Magistrate Judge's calendar on Thursday, August 3, 2023, at 2:00pm and orders the pretrial services officer to contact the defendant and/or attorney of record to advise them of said order.
- ☐ The Court orders no action be taken.
- ☐ Petition submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) before me.

Dated: August 1, 2023

UNITED STATES MAGISTRATE JUDGE
JEREMY D. PETERSON