```
MARK REICHEL, State Bar #155034
455 CAPITOL MALL, 8th FLOOR, Suite 802
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (888) 505-9331
www.reichellaw.com

Attorney for Defendant
KATHERINE FUIMAONO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>KATHERINE FUIMAONO<br><br>　　　　Defendant. | Case No. 19-CR-081 KJM<br><br>**DEFENSE STATEMENT ON PTS VIOLATION**<br><br>Date: August 3, 2023<br>Time: 2:00 p.m.<br>Judge: HONORABLE JEREMY<br>　　　D. PETERSEN |

Defendant requests that the Court understand the following as background on this matter.

<u>Death of her husband May 2022.</u> Katherine's husband was gunned down and killed in approximately May of 2022, killed by a very violent gang member who felt her husband had disrespected him in public previously. The gunman belongs to the "Nazi Lowrider" gang. The shooting occurred right in front of their house. A few days later, their house was shot up as a warning to not cooperate with law enforcement. Despite this, the family did cooperate with law enforcement. The gunman was detained, but eventually released. Soon thereafter, he was

arrested for the shooting death of another person, with the shooting occurring after the death of Mr. Fuimaono. He is now charged with the death of Mr. Fuimaono.

The Fuimaono family obviously lives in extreme fear of harm and retaliation. They actually moved from their house, but shortly thereafter Katherine moved into the house next door, as the coast was clear by then.

Katherine suffered–as did her children– severe trauma and distress over this event.  That event occasioned her counseling for the grief. To her substantial credit, Katherine did not "relapse" or use drugs until just recently, almost 14 months later.

Katherine has been on pretrial release for almost 3 years, and has been drug testing that entire time.  Her recovery from drug addiction has been extremely successful.

<u>Employment and her car</u>. Katherine has been promoted a while back to a Manager position of a Walgreens Store, with full time wages and benefits.  Her income has allowed her to purchase a car, on payments, for the first time in quite some time. With her husband passing, she does not want to lose her job as it is a very essential part of her life, and she has worked very hard to get to where she is with that.

Katherine's adult daughter Chantel will be in attendance at the hearing to provide all of the relevant factual background to support Katherine's presentation at the hearing.

DATED: August 2, 2023

        Respectfully submitted

        *Mark Reichel*

        MARK REICHEL
        Attorney For Defendant